UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MCKAY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CAROLYN W. COLVIN, Commissioner<br>of Social Security,<br><br>                    Defendant. | CASE NO. EDCV 12-609 AGR<br><br>JUDGMENT |

        In accordance with the Memorandum Opinion filed concurrently herewith,

        IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.

DATED:  June 21, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge